**SUPPLEMENTAL CIVIL COVER SHEET
FOR CASES REMOVED FROM STATE COURT**

*This form must be attached to the Civil Cover Sheet at the time
the case is filed in the United States District Court*

State Court County: Montgomery

Case number and caption:

| 2022 CV 01134 | Olwin Metal Fabrication | vs | MultiCam Inc. |
|---|---|---|---|
| Case Number | Plainfiff(s) | | Defendant(s) |

Jury Demand Made in State Court: ☐ Yes ☒ No

If "Yes," by which party and on what Date:

_____  _____
Party                Date

Were there parties not served prior to removal? ☐ Yes ☒ No

Were there parties dismissed/terminated prior to removal? ☐ Yes ☒ No

Were there answers filed in State Court? ☐ Yes ☒ No

Is there a pending TRO in State Court? ☐ Yes ☒ No

*If you have answered "yes" to any of the above please list parties not served, the parties dismissed/terminated and the parties that filed their answers on the reverse of this page.*

*On the reverse of this page please list all Plaintiff(s), Defendant(s), Intervenor(s), Counterclaimant(s), Crossclaimant(s) and Third Party Claimant(s) still remaining in the case and indicate their party type. Please list the attorney(s) of record for each party named and include their bar number, firm name, correct mailing address and phone number, including area code.*

Are copies of all state case pleadings attached to your removal? ☒ Yes ☐ No

If your answer is "No", when will they be filed: _____

List the parties that are removing the case:
MultiCam Inc.
MultiCam Great Lakes Inc. by consent

| **Parties Not Served** | **Parties Dismissed** | **Answers Filed** |
|---|---|---|
| *I.E. Defendant John Doe* | *I.E. Defendant John Doe* | *I.E. Defendant John Doe* |

| **Party and Type** | **Attorney(s)** |
|---|---|
| *I.E.  Plaintiff John Doe*<br><br>Plaintiff Olwin Metal Fabrication LLC<br><br>Defendant MultiCam Inc.<br><br>Defendant MultiCam Great Lakes, Inc. d/b/a MultiCam Ohio Valley Technology Center | *I.E.  Attorney(s) Name*<br>*Firm*<br>*Address*<br>*City, State, Zip*<br>*Telephone and Fax Number*<br>*Supreme Court Number*<br><br>Richard L. Carr<br>David M. Rickert<br>Auman, Mahan & Furry<br>110 N. Main Street., Suite 100<br>Dayton, Ohio 45402-1739<br>Phone: 937-223-6003<br>Fax: 937-223-8550<br>Court No. 0003180<br>Court No. 0010483<br><br>Kelly E. Mulrane<br>Benesch Friedlander Coplan & Aronoff<br>41 S. High Street, Suite 2600<br>Columbus, OH 43215<br>Phone: 614-223-9318<br>Fax: 614-223-9330<br>Court No. 0088133 |

USE A SEPARATE SHEET OF PAPER IF NECESSARY