**ELECTRONICALLY FILED
COURT OF COMMON PLEAS
Tuesday, March 15, 2022 11:37:58 AM
CASE NUMBER: 2022 CV 01134 Docket ID: 36158243
MIKE FOLEY
CLERK OF COURTS MONTGOMERY COUNTY OHIO**

## MONTGOMERY COMMON PLEAS COURT / GENERAL DIVISION
## CIVIL CASE INFORMATION

This document has been automoatically generated by the Electronic Filing System

| PARTICIPANT NAME | TYPE | ATTORNEY FOR PARTY |
|---|---|---|
| OLWIN METAL FABRICATION LLC | MAIN PLAINTIFF | CARR |
| MULTI-CAM INC. | MAIN DEFENDANT | |

| CATEGORY | VALUE |
|---|---|
| CASE TYPE | Civil |
| JURY DEMAND | No |
| PRAYER AMOUNT | 223304 |
| ACTION TYPE | CIVIL ALL OTHER |
| TYPE OF RESOLUTION | |
| PARCEL NUMBER (MORTGAGE FORECLOSURE ONLY) | |

### REFILING INFORMATION

| CASE NUMBER | JUDGE | MAIN PLAINTIFF | MAIN DEFENDANT |
|---|---|---|---|
| | | Olwin Metal Fabrication LLC | Multi-Cam, Inc. |

### SUITS INVOLVING LIKE ISSUES AND SIMILAR PARTIES

| CASE NUMBER | JUDGE | MAIN PLAINTIFF | MAIN DEFENDANT |
|---|---|---|---|

The Filer submitted this information and the document was generated.
Filer: Richard L. Carr

**EXHIBIT B**