ELECTRONICALLY FILED
COURT OF COMMON PLEAS
Tuesday, March 15, 2022 11:37:58 AM
CASE NUMBER: 2022 CV 01134 Docket ID: 36158244
MIKE FOLEY
CLERK OF COURTS MONTGOMERY COUNTY OHIO

MIKE FOLEY
MONTGOMERY COUNTY CLERK OF COURTS
41 N. PERRY STREET, DAYTON, OHIO 45422

## INSTRUCTIONS FOR SERVICE

<u>OLWIN METAL FABRICATION LLC</u>
**PLAINTIFF/PETITIONER**

<u>MULTI-CAM INC.</u>
**DEFENDANT/RESPONDENT**

**PLEASE ISSUE SERVICE TO:** (Name and Address)
MULTI-CAM INC.
1025 WEST ROYAL LANE
DFW AIRPORT, TX  75261

MULTICAM GREAT LAKES INC.
18 CARNEGIE WAY
WEST CHESTER, OH  45246

MULTICAM GREAT LAKES INC.
2727 ELMRIDGE DRIVE NW
GRAND RAPIDS, MI  49534

**VIA:**  Service by Clerk

**SERVICE PROVIDER:**

**TO BE SERVED** (List all Documents to be Served)
Case Information Sheet, Complaint

**Electronically Requested by:**  Richard L. Carr

**EXHIBIT C**
