ELECTRONICALLY FILED
COURT OF COMMON PLEAS
TUESDAY MARCH 15 2022 01:25:15 PM
CASE NUMBER: 2022 CV 01134 Docket ID: 36158298
MIKE FOLEY
CLERK OF COURTS MONTGOMERY COUNTY OHIO

# IN THE COURT OF COMMON PLEAS, MONTGOMERY COUNTY OHIO
## CIVIL DIVISION

# SUMMONS

**PLAINTIFF**

OLWIN METAL FABRICATION LLC

**VS**

**DEFENDANT**

MULTI-CAM INC. et al

**CASE NUMBER**

2022 CV 01134

**ARTICLE NUMBER**

270889763712

**TO THE FOLLOWING NAMED DEFENDANT:**

MULTI-CAM INC.
1025 WEST ROYAL LANE
DFW AIRPORT TX 75261

You have been named a Defendant or Respondent in a complaint filed in Montgomery County Court of Common Pleas, Dayton, Ohio. **A copy of the Complaint is attached.**

**BY:**

OLWIN METAL FABRICATION LLC
1933 KUNTZ ROAD
DAYTON, OH 45404

**PLAINTIFF ATTORNEY:**

DAVID M RICKERT
110 NORTH MAIN STREET
SUITE 1000
DAYTON, OH 45402-1738

You are hereby summoned and required to serve upon the Plaintiff's attorney, or upon the Plaintiff, if the Plaintiff does not have an attorney, a copy of an **Answer to the Complaint** within **28 days after receipt of this summons, exclusive of the day you received the summons.** Your original **Answer** must be filed with the Clerk of Court's Office **within 3 days** after you serve the Plaintiff's attorney or Plaintiff.

**EXHIBIT D**

**If you fail to appear and defend, Judgment by Default may be rendered against you granting Plaintiff(s) the relief demanded in the Complaint.**

**NOTE:**

If you are represented by an attorney, your attorney is required to electronically file your Answer through the Court's authorized electronic filing system. See Montgomery County Common Pleas Court Loc. R. 1.15, Electronic Filing of Court Documents, for requirements of electronic filing. Local rules can be accessed at www.montcourt.oh.gov. Service of the Answer will be made upon the Plaintiff's attorney through the Court's authorized electronic filing system. If the Plaintiff does not have an attorney, your attorney is required to serve a paper copy of your Answer to the Plaintiff.

If you are representing yourself (appearing pro se), you have the option to file your Answer in paper <u>OR</u> through the Court's authorized electronic filing system (See Loc. R. 1.15, Electronic Filing of Court Documents). Local rules can be accessed at www.montcourt.oh.gov.  If you file your Answer in paper, you are required to serve a paper copy of your Answer to the Plaintiff's Attorney or the Plaintiff.  If you file your Answer electronically, service of the Answer will be made upon the Plaintiff's attorney through the Court's authorized electronic filing system. If the Plaintiff does not have an attorney, you are required to serve a paper copy of your Answer to the Plaintiff.



/s/ MIKE FOLEY, ISSUED Tuesday, March 15, 2022
**MIKE FOLEY, CLERK
COURT OF COMMON PLEAS
MONTGOMERY COUNTY, OHIO**

**PREPARED ELECTRONICALLY**

**EXHIBIT D**

**In The Court Of Common Pleas, Montgomery County Ohio**
**Civil Division**

**RETURN OF SERVICE SUMMONS**

**PLAINTIFF**
OLWIN METAL FABRICATION LLC
**VS**
**DEFENDANT**
MULTI-CAM INC. et al

**CASE NUMBER**
2022 CV 01134

**ARTICLE NUMBER**
270889763712

**TO THE FOLLOWING NAMED PARTY:**
MULTI-CAM INC.
1025 WEST ROYAL LANE
DFW AIRPORT, TX 75261

### RETURN OF SERVICE(PERSONAL)

| FEES | | |
|---|---|---|
| SERVICE | $_____ | |
| MILEAGE | _____ | |
| TOTAL | $_____ | |
| DATE | _____ | |

I received the document on _____, 2022, at ____ o'clock ____ M. and made personal service of it upon _____ by locating him/them and tendering a copy of the document and accompanying documents, on _____, 2022.
By _____

### RETURN OF SERVICE(RESIDENCE)

| FEES | | |
|---|---|---|
| SERVICE | $_____ | |
| MILEAGE | _____ | |
| TOTAL | $_____ | |
| DATE | _____ | |

I received the document on _____, 2022, at ____ o'clock ____ M. and made residence service of it upon _____ by leaving, at his/their usual place of residence with _____ a person of suitable age and discretion then residing therein a copy of the complaint and accompanying documents, on _____, 2022.
By _____

### RETURN OF SERVICE(FAILURE OF SERVICE)

| FEES | | |
|---|---|---|
| SERVICE | $_____ | |
| MILEAGE | _____ | |
| TOTAL | $_____ | |
| DATE | _____ | |

I received the document on _____, 2022, at ____ o'clock ____ M. with instructions to make personal/residence service upon _____ and I was unable to serve a copy documents upon him/them for the following reasons:
_____
By _____

**EXHIBIT D**

PAGE INTENTIONALLY LEFT BLANK

**EXHIBIT D**

# IN THE COURT OF COMMON PLEAS, MONTGOMERY COUNTY OHIO
## CIVIL DIVISION

# SUMMONS

**PLAINTIFF**
OLWIN METAL FABRICATION LLC
VS
**DEFENDANT**
MULTI-CAM INC. et al

**CASE NUMBER**
2022 CV 01134

**ARTICLE NUMBER**
270889773231

**TO THE FOLLOWING NAMED DEFENDANT:**
MULTICAM GREAT LAKES INC.
2727 ELMRIDGE DRIVE NW
GRAND RAPIDS MI 49534

You have been named a Defendant or Respondent in a complaint filed in Montgomery County Court of Common Pleas, Dayton, Ohio. **A copy of the Complaint is attached.**

**BY:**
OLWIN METAL FABRICATION LLC
1933 KUNTZ ROAD
DAYTON, OH 45404

**PLAINTIFF ATTORNEY:**
DAVID M RICKERT
110 NORTH MAIN STREET
SUITE 1000
DAYTON, OH 45402-1738

You are hereby summoned and required to serve upon the Plaintiff's attorney, or upon the Plaintiff, if the Plaintiff does not have an attorney, a copy of an **Answer to the Complaint** within **28 days after receipt of this summons, exclusive of the day you received the summons.** Your original **Answer** must be filed with the Clerk of Court's Office **within 3 days** after you serve the Plaintiff's attorney or Plaintiff.

**EXHIBIT D**

**If you fail to appear and defend, Judgment by Default may be rendered against you granting Plaintiff(s) the relief demanded in the Complaint.**

**NOTE:**

If you are represented by an attorney, your attorney is required to electronically file your Answer through the Court's authorized electronic filing system. See Montgomery County Common Pleas Court Loc. R. 1.15, Electronic Filing of Court Documents, for requirements of electronic filing. Local rules can be accessed at www.montcourt.oh.gov. Service of the Answer will be made upon the Plaintiff's attorney through the Court's authorized electronic filing system. If the Plaintiff does not have an attorney, your attorney is required to serve a paper copy of your Answer to the Plaintiff.

If you are representing yourself (appearing pro se), you have the option to file your Answer in paper OR through the Court's authorized electronic filing system (See Loc. R. 1.15, Electronic Filing of Court Documents). Local rules can be accessed at www.montcourt.oh.gov. If you file your Answer in paper, you are required to serve a paper copy of your Answer to the Plaintiff's Attorney or the Plaintiff. If you file your Answer electronically, service of the Answer will be made upon the Plaintiff's attorney through the Court's authorized electronic filing system. If the Plaintiff does not have an attorney, you are required to serve a paper copy of your Answer to the Plaintiff.



/s/ MIKE FOLEY, ISSUED Tuesday, March 15, 2022
**MIKE FOLEY, CLERK**
**COURT OF COMMON PLEAS**
**MONTGOMERY COUNTY, OHIO**

**PREPARED ELECTRONICALLY**

**EXHIBIT D**

## In The Court Of Common Pleas, Montgomery County Ohio
## Civil Division

### RETURN OF SERVICE SUMMONS

**PLAINTIFF**  
OLWIN METAL FABRICATION LLC  
**VS**  
**DEFENDANT**  
MULTI-CAM INC. et al

**CASE NUMBER**  
2022 CV 01134

**ARTICLE NUMBER**  
270889773231

**TO THE FOLLOWING NAMED PARTY:**  
MULTICAM GREAT LAKES INC.  
2727 ELMRIDGE DRIVE NW  
GRAND RAPIDS, MI 49534

### RETURN OF SERVICE(PERSONAL)

| FEES | |
|---|---|
| SERVICE | $_____ |
| MILEAGE | _____ |
| TOTAL | $_____ |
| DATE | _____ |

I received the document on _____, 2022, at ____ o'clock ____ M. and made personal service of it upon _____ by locating him/them and tendering a copy of the document and accompanying documents, on _____, 2022.

By _____

### RETURN OF SERVICE(RESIDENCE)

| FEES | |
|---|---|
| SERVICE | $_____ |
| MILEAGE | _____ |
| TOTAL | $_____ |
| DATE | _____ |

I received the document on _____, 2022, at ____ o'clock ____ M. and made residence service of it upon _____ by leaving, at his/their usual place of residence with _____ a person of suitable age and discretion then residing therein a copy of the complaint and accompanying documents, on _____, 2022.

By _____

### RETURN OF SERVICE(FAILURE OF SERVICE)

| FEES | |
|---|---|
| SERVICE | $_____ |
| MILEAGE | _____ |
| TOTAL | $_____ |
| DATE | _____ |

I received the document on _____, 2022, at ____ o'clock ____ M. with instructions to make personal/residence service upon _____ and I was unable to serve a copy documents upon him/them for the following reasons:
_____

By _____

**EXHIBIT D**

PAGE INTENTIONALLY LEFT BLANK

**EXHIBIT D**

# IN THE COURT OF COMMON PLEAS, MONTGOMERY COUNTY OHIO
## CIVIL DIVISION

# SUMMONS

**PLAINTIFF**
OLWIN METAL FABRICATION LLC

**VS**

**DEFENDANT**
MULTI-CAM INC. et al

**CASE NUMBER**
2022 CV 01134

**ARTICLE NUMBER**
270889775885

**TO THE FOLLOWING NAMED DEFENDANT:**
MULTICAM GREAT LAKES INC.
18 CARNEGIE WAY
WEST CHESTER OH 45246

You have been named a Defendant or Respondent in a complaint filed in Montgomery County Court of Common Pleas, Dayton, Ohio. **A copy of the Complaint is attached.**

**BY:**
OLWIN METAL FABRICATION LLC
1933 KUNTZ ROAD
DAYTON, OH 45404

**PLAINTIFF ATTORNEY:**
DAVID M RICKERT
110 NORTH MAIN STREET
SUITE 1000
DAYTON, OH 45402-1738

You are hereby summoned and required to serve upon the Plaintiff's attorney, or upon the Plaintiff, if the Plaintiff does not have an attorney, a copy of an **Answer to the Complaint** within **28 days after receipt of this summons, exclusive of the day you received the summons.** Your original **Answer** must be filed with the Clerk of Court's Office **within 3 days** after you serve the Plaintiff's attorney or Plaintiff.

**EXHIBIT D**

**If you fail to appear and defend, Judgment by Default may be rendered against you granting Plaintiff(s) the relief demanded in the Complaint.**

**NOTE:**

If you are represented by an attorney, your attorney is required to electronically file your Answer through the Court's authorized electronic filing system. See Montgomery County Common Pleas Court Loc. R. 1.15, Electronic Filing of Court Documents, for requirements of electronic filing. Local rules can be accessed at www.montcourt.oh.gov. Service of the Answer will be made upon the Plaintiff's attorney through the Court's authorized electronic filing system. If the Plaintiff does not have an attorney, your attorney is required to serve a paper copy of your Answer to the Plaintiff.

If you are representing yourself (appearing pro se), you have the option to file your Answer in paper OR through the Court's authorized electronic filing system (See Loc. R. 1.15, Electronic Filing of Court Documents). Local rules can be accessed at www.montcourt.oh.gov. If you file your Answer in paper, you are required to serve a paper copy of your Answer to the Plaintiff's Attorney or the Plaintiff. If you file your Answer electronically, service of the Answer will be made upon the Plaintiff's attorney through the Court's authorized electronic filing system. If the Plaintiff does not have an attorney, you are required to serve a paper copy of your Answer to the Plaintiff.



/s/ MIKE FOLEY, ISSUED Tuesday, March 15, 2022
**MIKE FOLEY, CLERK**
**COURT OF COMMON PLEAS**
**MONTGOMERY COUNTY, OHIO**

**PREPARED ELECTRONICALLY**

**EXHIBIT D**

## In The Court Of Common Pleas, Montgomery County Ohio
## Civil Division

**RETURN OF SERVICE SUMMONS**

**PLAINTIFF**
OLWIN METAL FABRICATION LLC

**VS**

**DEFENDANT**
MULTI-CAM INC. et al

**CASE NUMBER**
2022 CV 01134

**ARTICLE NUMBER**
270889775885

**TO THE FOLLOWING NAMED PARTY:**
MULTICAM GREAT LAKES INC.
18 CARNEGIE WAY
WEST CHESTER, OH 45246

### RETURN OF SERVICE(PERSONAL)

**FEES**
SERVICE $_____
MILEAGE _____
TOTAL $_____
DATE _____

I received the document on _____, 2022, at ____ o'clock ____ M. and made personal service of it upon _____ by locating him/them and tendering a copy of the document and accompanying documents, on _____, 2022.
By _____

### RETURN OF SERVICE(RESIDENCE)

**FEES**
SERVICE $_____
MILEAGE _____
TOTAL $_____
DATE _____

I received the document on _____, 2022, at ____ o'clock ____ M. and made residence service of it upon _____ by leaving, at his/their usual place of residence with _____ a person of suitable age and discretion then residing therein a copy of the complaint and accompanying documents, on _____, 2022.
By _____

### RETURN OF SERVICE(FAILURE OF SERVICE)

**FEES**
SERVICE $_____
MILEAGE _____
TOTAL $_____
DATE _____

I received the document on _____, 2022, at ____ o'clock ____ M. with instructions to make personal/residence service upon _____ and I was unable to serve a copy documents upon him/them for the following reasons: _____
By _____

**EXHIBIT D**

PAGE INTENTIONALLY LEFT BLANK

**EXHIBIT D**