

Dear Customer,

The following is the proof-of-delivery for tracking number: 270

## Delivery Information:

| | |
|---|---|
| Status: | Delivered |
| Signed for by: | K.TIBBE |
| Service type: | FedEx Express Saver |
| Special Handling: | Deliver Weekday;<br>Direct Signature Required |

## Shipping Information:

| | |
|---|---|
| Tracking number: | 270889773231 |

**EXHIBIT G**