**IN THE COURT OF COMMON PLEAS**
**MONTGOMERY COUNTY, OHIO**

| | | |
|---|---|---|
| OLWIN METAL FABRICATION LLC, | ) | CASE NO.: 2022 CV 01134 |
| | ) | |
| | ) | JUDGE MARY E. MONTGOMERY |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | **NOTICE OF FILING NOTICE OF** |
| | ) | **REMOVAL** |
| MULTICAM INC., *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

Please take notice that on April 14, 2022, a Notice of Removal was filed in the United

States District Court for the Southern District of Ohio.  A true and correct copy of said Notice of

Removal (without exhibits) is attached to this notice as **Exhibit 1** and is served and filed herewith.

Respectfully submitted,

This 14th day of April, 2022

*s/ Kelly E. Mulrane*
KELLY E. MULRANE (0088133),Trial Attorney
**BENESCH, FRIEDLANDER, COPLAN &**
  **ARONOFF LLP**
41 S. High Street, Suite 2600
Columbus, Ohio 43215
Telephone:  614.223.9300
Facsimile:  216.363.4588
Email:  kmulrane@beneschlaw.com

Peter Loh (*pro hac vice forthcoming*)
Foley & Lardner LLP
2021 McKinney Ave
Suite 1600
Dallas, Texas 75201

*Attorneys for Defendant MultiCam Inc.*

15603318 v1

## CERTIFICATE OF SERVICE

The undersigned certifies that a true and accurate copy of the foregoing was served on the

14th day of April, 2022, via electronic and U.S. mail upon the following:

Richard L. Carr
David M. Rickert
Auman, Mahan & Furry
110 North Main Street, Suite 1000
Dayton, Ohio 45402-1738
rlc@amfdayton.com
dmr@amfdayton.com

*Attorneys for Plaintiff*

MultiCam Great Lakes Inc.
C/o Mark Smith, Esq.
Rhoades McKee PC
55 Campau Avenue NW
Suite 300
Grand Rapids, Michigan 49504
mrsmith@rhoadesmckee.com

*Defendant*

*s/ Kelly E. Mulrane*
Kelly E. Mulrane (0088133)

*One of the Attorneys for Defendant MultiCam Inc.*

15603318 v1