# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION - DAYTON

| | |
|---|---|
| OLWIN METAL FABRICATION LLC, | ) |
| Plaintiff, | ) CASE NO. 3:22-CV-00100-MJN-CHG |
| vs. | ) JUDGE MICHAEL J. NEWMAN |
| MULTICAM, INC., et al. | ) MAGISTRATE JUDGE CAROLINE H. GENTRY |
| Defendants. | ) |
| | ) **DEFENDANT MULTICAM, INC'S JURY DEMAND** |

Pursuant to Federal Rule of Civil Procedure 38(b), MultiCam, Inc., hereby demands a trial by jury on all on all issues triable by law before this Honorable Court in this matter. While making this demand pursuant to the Federal Rules of Civil Procedure, Defendant MultiCam, Inc. reserves its right to move to dismiss Plaintiff's Amended Complaint.

Respectfully submitted,

This 22nd day of April, 2022

*s/ Kelly E. Mulrane*
KELLY E. MULRANE (0088133), Trial Attorney
**BENESCH, FRIEDLANDER, COPLAN & ARONOFF LLP**
41 S. High Street, Suite 2600
Columbus, Ohio 43215
Telephone: 614.223.9300
Facsimile: 216.363.4588
Email: kmulrane@beneschlaw.com

Peter Loh (*pro hac vice forthcoming*)
Foley & Lardner LLP
2021 McKinney Ave
Suite 1600
Dallas, Texas 75201

*Attorneys for Defendant MultiCam Inc.*

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 22nd day of April, 2022, I filed a copy of the foregoing by CM/ECF, and served a copy of same by U.S. mail, postage prepaid, and electronic mail upon counsel as follows:

Richard L. Carr
David M. Rickert
Auman, Mahan & Furry
110 North Main Street, Suite 1000
Dayton, Ohio 45402-1738
rlc@amfdayton.com
dmr@amfdayton.com

*Attorneys for Plaintiff*

MultiCam Great Lakes Inc.
C/o Mark Smith, Esq.
Rhoades McKee PC
55 Campau Avenue NW
Suite 300
Grand Rapids, Michigan 49504
mrsmith@rhoadesmckee.com

*Defendant*

    *s/ Kelly E. Mulrane*
    Kelly E. Mulrane (0088133), Trial Attorney

    *One of the Attorneys for Defendant MultiCam Inc.*